**STATEMENT OF FACTS**

On October 23, 2019, Officer Painten observed an Instagram live video depicting an individual identified as Jaswan Thomas (Defendant Thomas) holding a black in color handgun, loaded with a silver in color extended magazine, with a green laser light affixed to the firearm while standing in a bathroom that appeared to be in a residential location.

On Monday, October 28, 2019 at approximately 6:55 a.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) executed a District of Columbia Superior Court search warrant (Warrant No. 2019 CSW 5540) at 703 Atlantic Street Southeast in Washington, D.C. 20032 based off of the Instagram live video.

Upon contact at the location, officers observed an unknown person attempt to leave the location through a back door. Upon entry, Defendant Thomas was present in the back bedroom with access to the rear door, along with a black female. All other occupants were in the basement or upstairs in the residence. During the search, a black in color firearm, loaded with a silver extended magazine, affixed with a green laser was located in the kitchen. Officer Painten identified the firearm as the same firearm from the Instagram live video. Additionally, Officer Painten observed the same bathroom inside of the location from the Instagram live video. An additional magazine was recovered from the bedroom occupied by Defendant Thomas that fit the firearm recovered and contained no rounds of ammunition. Defendant Thomas was placed under arrest.

The firearm recovered was determined to be a black in color Smith & Wesson, model M&P, .40 caliber semi-automatic handgun with serial number HDF7497. The firearm was loaded with a silver in color high capacity magazine containing twenty-seven (27) rounds. There was no round in the chamber. The firearm had a green laser light attached.

Officer Painten viewed the initial live video of Defendant Thomas on Instagram with the firearm, is the affiant on the initial search warrant, the arresting officer of Defendant Thomas and identifies the gun from the video as the gun recovered during the execution of the search warrant.

A criminal history check of Defendant Thomas through the National Crime Information Center confirmed that the defendant has prior felony convictions in the Superior Court for the District of Columbia for Attempt Robbery, docket number 2016 CF3 12606 and for Unlawful Possession of a Firearm by a Convicted Felon, docket number 2017 CF2 17906. These crimes are both punishable by more than one year in the District of Columbia. There are no firearms manufactured in the District of Columbia.

_____
OFFICER EMILY PAINTEN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF OCTOBER, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE